IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 MAY -9 PM 2: 26

ROBERT R. DI TROLIO
CLERK OF U.S. DIST CT
W.D. OF TN.-JACKSON

SONNY JOHNSON and
LINDA JOHNSON,

    Plaintiffs,

vs.

    NO. 1-03-1305-T-An

OTHA R. WHITAKER and
LANDSTAR RANGER, INC.,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

    This date came the parties in the above-captioned cause and stated unto the Court that all issues had been resolved by way of compromise and they jointly request that the Court enter a judgment of dismissal with prejudice.

    IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action brought by Sonny Johnson and Linda Johnson be and the same is hereby dismissed with prejudice.

    This the __9th__ day of __May__, 2005.

ENTER:

_James D. Todd_
JUDGE

APPROVED FOR ENTRY:

_____
TIMOTHY BOXX, #018552
Attorneys for Plaintiffs

_____
R. DALE THOMAS, #013439
Attorney for Defendants

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __05-10-05__

⑤⑨

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon Mr. Timothy Boxx, The Agee Law Firm, P.A., P. O. Box 280, Dyersburg, Tennessee 38025 and Mr. Danny Ellis, Mueller & Ellis, 1289 N. Highland Ave., P.O. Box 3146, Jackson, TN 38303-3146 by mailing postage prepaid.

This the ___ day of May, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 1:03-CV-01305 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Timothy Boxx
KELLY LAW FIRM
802 Troy Ave.
P.O. Box 507
Dyersburg, TN 38025

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT